| | |
|---|---|
| 1 | ZIEVE, BRODNAX & STEELE, LLP |
| | Shadd A. Wade, Esq. |
| 2 | Nevada Bar No. 11310 |
| | 9435 West Russell Road, Suite 120 |
| 3 | Las Vegas, NV 89148 |
| | Tel: (702) 948-8565 | Fax: (702) 446-9898 |
| 4 | swade@zbslaw.com |
| 5 | Attorneys for Defendants Dovenmuehle Mortgage, Inc. and Eagle Home Mortgage, Inc. |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE D. HENRY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; DOVENMUEHLE MORTGAGE, INC.; and EAGLE HOME MORTGAGE, INC.,<br><br>　　　Defendants. | Case No.: 2:18-cv-01882-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANTS DOVENMUEHLE MORTGAGE, INC. AND EAGLE HOME MORTGAGE, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

　　　Plaintiff Willie D. Henry ("Plaintiff"), and Defendants Dovenmuehle Mortgage, Inc. ("DMI") and Eagle Home Mortgage, Inc. ("Eagle")(Eagle and DMI collectively referred to as "Defendants"), by and through their respective counsel, file this Joint Stipulation Extending Defendants Dovenmuehle Mortgage, Inc. and Eagle Home Mortgage, Inc.'s Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　On September 28, 2018, Plaintiff filed his Complaint. The current deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is October 24, 2018. Defendants need additional time to locate and assemble the documents relating to Plaintiff's claims and Defendants' counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Defendants have to answer or otherwise respond to Plaintiff's Complaint up to and including December 3, 2018. This is the first stipulation for extension of time for Defendants to respond to Plaintiff's Complaint.

Dated this 22nd day of October, 2018.

**ZIEVE, BRODNAX & STEELE, LLP**

/s/ Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel: (702) 948-8565; Fax: (702) 446-9898
swade@zbslaw.com
*Counsel for Defendants Dovenmuehle Mortgage, Inc. and Eagle Home Mortgage, Inc.*

**HAINES & KRIEGER, LLC**

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

### ORDER

The Joint Stipulation for Extension of Time for Defendants Dovenmuehle Mortgage, Inc. and Eagle Home Mortgage, Inc. to file an answer or otherwise respond is so ORDERED and ADJUDGED.

Dated this 23 day of October, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**