1 │ Matthew L. Durham
│ Nevada Bar No. 10342
2 │ mld@paynefears.com
│ Chad D. Olsen
3 │ Nevada Bar No. 12060
│ cdo@paynefears.com
4 │ PAYNE & FEARS LLP
│ 6385 S. Rainbow Blvd., Suite 220
5 │ Las Vegas, Nevada 89118
│ Telephone: (702) 851-0300
6 │ Facsimile: (702) 851-0315

7 │ Attorneys for Defendant
│ EAGLE HOME MORTGAGE
8

9

10 │ **UNITED STATES DISTRICT COURT**

11 │ **DISTRICT OF NEVADA**

12 │ WILLIE D. HENRY,                           │ Case No. 2:18-cv-01882-RFB-NJK

13 │                 Plaintiff,                 │ **SUBSTITUTION OF ATTORNEY**

14 │ v.

15 │ EQUIFAX INFORMATION SERVICES,
16 │ LLC; DOVENMUEHLE MORTGAGE, INC.;
│ and EAGLE HOME MORTGAGE, INC.,
17
│                 Defendants.
18

19 │         Defendant Eagle Home Mortgage hereby substitutes Matthew L. Durham and Chad

20 │ D. Olsen of the law firm Payne & Fears, LLP, 6385 S. Rainbow Blvd., Suite 220, Las

21 │ Vegas, NV 89118, (702) 851-0300, as attorneys of record in the above-entitled case in place

22 │ and stead of the law firm of Zieve, Broadnax & Steele, LLP.

23 │ DATED: __11 / 30 / 18__          By: _____
│                                        (Signature of Party)
24 │ ///

25

26 │ ///

27

28 │ ///

_____

SUBSTITUTION OF ATTORNEYS

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1  **I consent to the above substitution.**

2
DATED: 11/30/18          By: _____
3                                  Shadd A. Wade, NV Bar No. 11310
                                   Zieve, Broadnax & Steele, LLP
4                                  9435 West Russell Road, Ste. 120
                                   Las Vegas, NV 89148
5                                  Telephone: (702) 948-8565

6  **I am duly admitted to practice in this District.**

7  **Above substitution accepted.**

8
DATED: 12-3-2018          By: _____
9                                  Matthew L. Durham, NV Bar No. 10342
                                   PAYNE & FEARS LLP
10                                 6385 S. Rainbow Blvd., Suite 220
                                   Las Vegas, Nevada 89118
11                                 Telephone: (702) 851-0300

12

13  **I am duly admitted to practice in this District.**

14  **Above substitution accepted.**

15
DATED: 12-3-18          By: _____
16                                 Chad D. Olsen, NV Bar No. 12060
                                   PAYNE & FEARS LLP
17                                 6385 S. Rainbow Blvd., Suite 220
                                   Las Vegas, Nevada 89118
18                                 Telephone: (702) 851-0300

19

20  Please check on: __X__ RETAINED, or _____ APPOINTED BY THE COURT

21

22                                 **APPROVED:**

23

24  DATED: December 4, 2018          _____

25  4812-7250-8537.1                 United States Magistrate Judge

26

27

28

                                   -2-
                          SUBSTITUTION OF ATTORNEY