David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, WILLIE D. HENRY*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE D. HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; DOVENMUEHLE MORTGAGE, INC; and EAGLE HOME MORTGAGE, LLC,<br><br>    Defendants. | Case No. 2:18-cv-01882-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>DOVENMUEHLE ONLY</u>** |

  Plaintiff WILLIE D. HENRY and Defendant DOVENMUEHLE MORTGAGE, INC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, DOVENMUEHLE MORTGAGE, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: March 22, 2019

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
ZIEVE, BRODNAX & STEELE, LLP
9435 W. Russell Road
Suite 120
Las Vegas, NV 89148
*Attorney for Defendant*

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of March, 2019.