David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, WILLIE D. HENRY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE D. HENRY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; DOVENMUEHLE MORTGAGE, INC; and EAGLE HOME MORTGAGE, LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01882-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EQUIFAX ONLY</u>** |

WILLIE D. HENRY ("Plaintiff"), together with Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX INFORMATION SERVICES, LLC"), hereby stipulate and agree that the above-entitled action shall be dismissed, with prejudice, pursuant to and in accordance with Federal Rule of Civil Procedure

///

///

///

-1-

41(a)(2). This Dismissal is effective **ONLY as to Defendant EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees and costs of suit.

Dated: June 19, 2019

| /s/David H. Krieger, Esq. | /s/ Jeremy J. Thompson, Esq. |
| David H. Krieger, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 12503 |
| HAINES & KRIEGER, LLC | CLARK HILL, PLLC |
| 8985 S. Eastern Avenue | 3800 Howard Hughes Parkway |
| Suite 350 | Suite 500 |
| Henderson, Nevada 89123 | Las Vegas, NV 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant Equifax* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of June, 2019.